Argued and submitted March 18, reversed and remanded for reconsideration
April 22, 1992

In the Matter of the Compensation of
Michael A. Conner, Claimant.

ELSINORE AIRCRAFT SERVICES,
*Petitioner,*

*v.*

Michael A. CONNER,
*Respondent.*

(WCB 90-05480; CA A69897)

828 P2d 1059

Bradley R. Scheminske, Portland, argued the cause for petitioner. With him on the brief were Jeremy L. Fellows and Scheminske & Lyons, Portland.

Robert Wollheim, Portland, argued the cause for respondent. With him on the brief was Welch, Bruun & Green, Portland.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Aetna Casualty Co. v. Aschbacher*, 107 Or App 494, 812 P2d 844, *rev den* 312 Or 150 (1991).